May 25, 2023

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 22-1036

MAURICIO LLANES-QUINTEROS,
                                        Petitioner

        v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

        (Agency No. A209-343-065)


Present:    KRAUSE, BIBAS, and AMBRO, Circuit Judges


_____ORDER_____

The opinion and judgment filed December 15, 2022, are hereby **VACATED**. The mandate issued May 23, 2023, is hereby **RECALLED**. The order filed May 15, 2023, denying the petition for rehearing by the panel is hereby **VACATED**, and the petition filed by Appellant for rehearing by the panel is hereby **GRANTED**. A subsequent opinion and judgment will issue shortly.


                                        By the Court,

                                        s/Stephanos Bibas
                                        Circuit Judge


Dated: June 6, 2023
Amr/cc: all counsel of record